## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

TIMOTHY LEE HANLON                                                                         PLAINTIFF

V.                                           NO: 2:09CV00083 JMM

LUCAS *et al.*                                                                            DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  31  day of July, 2009.


_____
UNITED STATES DISTRICT JUDGE